**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-MJ-00042-AEV**

FILED BY _____ MB _____ D.C.

May 1, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL GREGORY RYAN,**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No**

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Justin L. Hoover*_____
**JUSTIN L. HOOVER**
Assistant United States Attorney
Court ID No. A5502493
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11)   Criminal Complaint

## UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL GREGORY RYAN, | ) | Case No. |
| | ) | 26-MJ-00042-AEV |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

FILED BY _____ MB _____ D.C.

*May 1, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 30, 2026, and others,____ in the county of _____St. Lucie_____ in the ____Southern____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of Visual Depictions involving Sexual Exploitation of Minors; |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Visual Depictions involving Sexual Exploitation of Minors. |

This criminal complaint is based on these facts:

- SEE ATTACHED AFFIDAVIT -

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Band, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___1 May 2026___

_____
*Judge's signature*

City and state: _____Fort Pierce, Florida_____

Ann E. Vitunac, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Samuel Band, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), currently assigned to the Fort Pierce Resident Agency of the FBI Miami Division.  As an FBI SA, I investigate criminal violations of federal laws, including, but not limited to, the violent crimes delineated in Title 18 of the United States Code. Accordingly, in connection with my official duties and as defined by 18 U.S.C. § 2510 (7), I am "an investigative or law enforcement officer of the United States," in that I am empowered by law to enforce violations of federal criminal laws.  I have been an SA with the FBI since February 2019 and have been assigned to the Miami Division since that time. Prior to becoming an FBI Special Agent, I was a law enforcement officer in Virginia with the Fairfax County Police Department from 2013 to 2018.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  Rather, I have included only the facts that I believe are necessary to establish probable cause that MICHAEL GREGORY RYAN committed: Receipt and Distribution of Visual Depictions involving Sexual Exploitation of Minors in violation of Title 18, United States Code, Section 2252(a)(2), and Possession of Visual Depictions involving Sexual Exploitation of Minors in violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

## FACTS

3.    In November 2025, FBI Chicago arrested a subject for producing child sexual abuse material ("CSAM")[1] and sexually abusing a minor.  A search warrant was executed on the subject's residence on November 11, 2025, and multiple devices were seized.  A review of the evidence items yielded messages from the messaging application "Olvid."

4.    "Olvid" is a French-developed encrypted instant messenger app that is free and open-source. The instant messaging function includes the ability to send text, voice notes, images, videos, and other files.  Communication may be one-to-one between users or may involve group messaging.  It is similar in function to the applications WhatsApp, Signal and Telegram.

5.    In the Olvid chats recovered from the Chicago subject's device, CSAM, was distributed and viewed amongst multiple users.

6.    In one suspect group chat "[Contraband Group Chat]_3.0", FBI Chicago identified the Olvid username "Carter James" as an Olvid user who distributed CSAM.  Messages sent by "Carter James" include:

| Date | Message |
|---|---|
| 12/12/2024 | Anyone got videos of boy rape. Boys 6-12 if you have them?? |
| 12/26/2024 | So let's see some examples of kids bdsm. The kinder kind. |
| 12/30/2024 | There are things posted in this room I'm not crazy about. But I'm a pedophile. How can I possibly justify judging another pedo's choices. We are all brothers here!! |
| 2/1/2025 | Is this the same guy that I posted?? |
| 3/29/2025 | I knew they did that with pedophiles. That's why I want to see every video and picture there is in the case I ever get tested. I don't want to be surprised with something new! |
| 4/11/2025 | Anyone got any plans with boys for the weekend?? |
| 9/8/2025 | Those were me. Not Justin. I have good stuff once in a while! |
| 9/8/2025 | That's why I felt compelled to post them. |

---

[1] "CSAM" refers to visual depictions involving the use of a minor engaging in sexually explicit conduct.

| 10/2/2025 | It's the same one. Ill find some earlier pics he sent me. |
| 10/10/2025 | More pics from my good friend to share with you! |
| 11/9/2025 | Some cuties for everyone 🩶 🖤 💕 🩶 |

7.    On October 18, 2025, Olvid user "Carter James" posted the following images:

   a.  Image 1: Naked minor male lying in a canoe with his genitals lasciviously exhibited.

   b.  Image 2: Naked minor male standing near a pool with his genitals lasciviously exhibited.

8.    On November 9, 2025, Olvid user "Carter James" posted the following image:

   a.  Image 1: Naked minor male posed and lying on a couch with his genitals lasciviously exhibited.

9.    License plate readers in St. Lucie County indicate that RYAN's registered license plate was captured in St. Lucie County on October 17 and 19, 2025, as well as on November 10, 2025.

10.    In addition to the above images, "Carter James" distributed numerous images of naked minor males in various situations. "Carter James" was also found in at least two other Olvid chat threads involving child sexual abuse, though agents did not recover "Carter James" sharing CSAM images in those threads.

11.    FBI Chicago located a "public key" associated with the "Carter James" account. A "public key" is an identifier that is unique to each Olvid user. Based on that public key, on December 8, 2025, Olvid provided subscriber information for "Carter James," which contained the public key and a device type of Android. Olvid also provided that, between December 7, 2025, at 22:13:41 UTC, and December 8, 2025, at 1:40:18 UTC, the "Carter James" account conducted

Your Affiant believes based on his training and experience the minor males appearing in these images are in fact minors due to their prepubescent appearance. Specifically, the minor males appear small in height and weight; lack [3] body hair, lack facial hair, and lack muscular growth. Based on this information, your affiant believes the minor males depicted are between the ages of 6 and 12 years old.

several actions online.  During the times of these actions, "Carter James" was using the IP address 2600:1006:b091:218:2404:9782:435d:1043.

12.    On January 23, 2026, Verizon provided a response to a subpoena for the above suspect IP Address, for the above listed dates and times, which is as follows:

    a.   Subscriber Name: Michael RYAN

    b.   Phone Number: XXX-XXX-1690

    c.   Address: [RYAN's Port St. Lucie Address]

13.    On April 20, 2026, Verizon provided a response to a subpoena for phone number XXX-XXX-1690, with subscriber information as follows:

    a.   Subscriber Name: Michael G Ryan

    b.   Address: [RYAN's Port St. Lucie Address]

    c.   Start Date: 9/12/2019

14.    Florida Highway Safety and Motor Vehicles ("DHSMV") records show that Michael Gregory RYAN, born 1972 in Ohio, has a current registered address in Port St. Lucie, Florida.

15.    Between December 2024 and February 2025, "Carter James" sent several messages that corroborate his identification as Michael RYAN:

    a.   In September of 2024, "Carter James" sent a message saying "I'm 52.  It sucks!" At that time, RYAN was 52 years old.

    b.   On multiple occasions, "Carter James" stated that he was in Florida or from Florida.

    c.   On December 16, 2024, "Carter James" said that he was born and raised in Columbus, Ohio.  RYAN's DHSMV records indicate that he was born in Ohio.

16.     On April 30, 2026, FBI agents executed federal search warrants for RYAN's person and residence (26-038-SMM, 26-039-SMM).  During the search, agents located a Samsung smart phone on RYAN's person.  A brief search of that phone revealed the following:

a.     The phone number was the x1690 number indicated in the Verizon records.

b.     Agents recovered two email addresses within the device: "CJames43068@proton.me" and "CarterJames69@proton.me."  These email addresses are similar to the suspect Olvid user "Carter James."

c.     The phone contained the Olvid application.

d.     Within the Olvid application, one of the group chats was "[Contraband Group Chat]_4.0".  Upon reviewing this, one law enforcement officer explained to another that they were looking for "[Contraband Group Chat]_3.0".  At this time, RYAN spontaneously uttered that the "3.0" chat was the older version.

e.     Within the Olvid application, agents observed a profile with the associated username "Carter James."  The user's profile picture appeared to be a young male lying, with his pants partially down and his underwear exposed.

f.     Within the "Downloads" folder of the device, agents recovered a video of a naked juvenile male masturbating.

g.     Within the "Pictures" folder of the device, agents recovered an image of a naked juvenile male engaged in oral sex.

h.     Further forensic evaluation of this device is pending.

17.     During a post-Miranda interview, RYAN admitted having the Olvid application.

5

## CONCLUSION

18.    Based on the foregoing facts, there is probable cause that MICHAEL GREGORY RYAN received and distributed visual depictions involving sexual exploitation of minors in violation of Title 18, United States Code, Section 2252(a)(2), and possessed visual depictions involving sexual exploitation of minors in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Special Agent Samuel Band
Federal Bureau of Investigation

Subscribed and sworn to before me, in Fort Pierce, Florida, this _____/_____ day of May, 2026.

_____
ANN E. VITUNAC
United States Magistrate Judge

6